U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUN -7 P 3: 42

DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| Keyi Le Late Meyinvi El | ) | |
| o.b.o Kerry Merrinvil | ) | |
| % 63 Seavey St Westbrook, | ) | |
| Maine 04092 | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | COMPLAINT |
| | ) | |
| | ) | |

Lambrew, M Jeanne,

114 Cornshop LN,

Farmington,ME 04938,


Gilpatric, Kelley,

114 Cornshop LN,

Farmington,ME 04938


Wales, R. Brittany,

55 Hicks St

Portland, ME 04103


Driscoll, Susan,

205 Newbury Street, Ground Floor,(Mail)

Portland, ME 04101

Defendant(s).

MOTION OF ___Removal___

Type of motion


ISSUES TO BE DECIDED (Write each question or request that you are asking the Court to decide in this Motion):



**1.** Demand PERMANENT INJUNCTION on all actions based on **DENIAL OF DUE PROCESS** pursuant **Article I, Sect. 5 and 7 of 1820 Maine Constitution**.

**2.** Demand REIMBURSEMENT OF MY TRUE VALUE pursuant **18 U.S. Code § 241** - Conspiracy against rights.

**3.** Demand REIMBURSEMENT OF MY TRUE VALUE pursuant **18 U.S. Code § 242** - Deprivation of rights under color of law.

**4.** Demand PERMANENT INJUNCTION pursuant **42 U.S. Code § 1983** - Civil action for deprivation of rights.



**MEMORANDUM** (Write the facts relevant to the Motion, and an argument section for each issue listed above. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any)).

I am Keyi Le Late Meyinvi El of Florida and legal representative of the plaintiff of interest pursuant to Maine and the United States Constitution. I will provide the most simplified form of exhibit from DOCKET NO. PORDC-SA-2024,which requires a judicial review of facts and demands dismissal and set off of all support orders created partially in the name of, and in

violation of Maine and the United States Constitution. Authority/jurisdiction has not been properly established and due process and equal protection of laws were violated. Please allow me to present my exhibits as evidence for record:

1. **Denial of Due Process**; prior to court hearing DOCKET NO. PORDC-SA-2024,Ms. Gilpatric, o.b.o DHHS,has failed to provide copies of any signed/expressed consent from both parties alleged in Title IV- D Social Security Act. While in MOTION for DOCKET NO. PORDC-SA-2024, Ms. Lambrew, and Gilpatric did not follow procedural due process of law to proceed, to the least, to make any conclusions in the case based on the timeline of motions presented in docket events. Being so, Ms.Driscoll inclined to terminate the disclosure hearing instead of dismissing the case with prejudice. This has been done in the past and according to case law Zeigler v Railroad Co.,55 Ala,599. *"If any fact or liability be conclusively presumed against him, this is not due process of law"*. (See attached document summary of motions). Exhibit A

2. **Violation of 18 U.S. Code § 241** - *Conspiracy against rights.*;Ms.Wales has co-operated with DHHS to deprive plaintiff of unalienable rights based on Ms.Wales providing DHHS said Social Security Number as further access to plaintiffs personal information. In attempts to reconcile affairs with Ms Wales, Ms.Wales also chose to ignore the Constitution of Maine 1820, ARTICLE I. DECLARATION OF RIGHTS. SECT. 1. which clearly states *"All men are born equally free and independent, and have certain natural, inherent and unalienable Rights, among which are those of enjoying and defending life and liberty, acquiring, possessing and protecting property, and of pursuing and obtaining safety and happiness."* This complaint didn't arise from safety or happiness. The precedence of this complaint obviously suggest the negligence of consideration by DHHS and Ms.Wales,while the timeline of damaged wages suggest a contract to withhold financial interest from the plaintiff.Knowingly or unknowingly, it is unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States.( see attached documented summary of motions). Exhibit B

3.**Violation of 18 U.S. Code § 242** - Deprivation of rights under color of law; During the hearing of DOCKET NO. PORDC-SA-2024, the plaintiff acknowledged his status and his jurisdiction.

The plaintiff then asked if the hearing was being recorded. Although ignored, The plaintiff accepted the non response to the question by Ms. Driscoll, and the plaintiff also accepted the non response to the objection on whether Kelly Gilpatric, o.b.o Brittany R Wales, proved subject matter and personal jurisdiction. There was no regard for the recorded evidence in the exhibit as well as the formal warning regarding violating the unalienable rights of the plaintiff. Although the disclosure hearing was terminated because Ms. Gilpatric could not proceed, without proper jurisdiction, the plaintiff did not receive remedy and Ms.Driscoll granted Ms. Gilpatric authority to request a successive disclosure pursuant 14 M.R.S 3124 to subject the plaintiff to double jeopardy. (See summary motions attached.) Exhibit C

### Prayers for Relief

The plaintiff has suffered irreparable harm due to the unconstitutional actions/order by DHHS causing Financial **GRIEF, DAMAGE, and MISFORTUNE** and seeks:

- Reimbursement of ALL monetary garnishes and damages in its entirety and true value.
- Injunction of all actions/orders of the past, present & future.

I am confident that the court will honor the oath to the constitution, dismiss and discharge this matter with full faith and credit and restore any rights deprived and violated.

I declare under penalty of perjury under the laws of Maine and of the United States of America that the foregoing is true and correct.

Date: June 7th, 2024

Sign name: _____

Print name: Keyi Meginvi El

STATE OF MAINE - COUNTY OF Cumberland
The foregoing instrument was acknowledged before me this 7 day of June, 20 24
by Kerry Merrinvil _____
Personally Known_____ OR Produced Identification ✓
Type of Identification ID CARD MAINE

Dana Miller
**Notary Public**

DARA MILLER
-MY-
COMMISSION
EXPIRES
JULY 19, 2030
MAINE
NOTARY PUBLIC

I certify that a copy of the foregoing MOTION was mailed/hand delivered to

_____ at _____

<div style="margin-left: 150px;">Name of party or counsel</div> <div style="margin-left: 120px;">Address</div>

On _____.

<div style="margin-left: 80px;">Date</div>

Date:_____        Sign name:_____