# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| KEYI LE LATE MEYINVI EL, | ) | |
| *on behalf of* KERRY MERRINVIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:24-cv-00210-NT |
| | ) | |
| JEANNE LAMBREW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 12, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint. Recommended Decision (ECF No. 5). The Plaintiff filed an objection to the Recommended Decision on June 14, 2024 (ECF No. 8). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's complaint is **DISMISSED**. It is further **ORDERED** that the Plaintiff's motion to proceed in forma pauperis is denied as moot.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 17th day of June, 2024.